ALLEGHANY COMPANY v. EAST COAST LUMBER COMPANY.

(Filed September 9, 1902.)

1. INJUNCTION—*Restraining Order—Timber.*

> Where, in an action to try title to timber land, the trial judge finds as a fact that there is a *bona fide* contention on both sides, based upon evidence, and that the plaintiff has made out a *prima facie* case, such issue should be submitted to a jury, and could not be determined on a motion to continue an order restraining the cutting of timber.

2. INJUNCTIONS—*Acts 1901, Chap. 666.*

> An order restraining trespass on timber lands was properly continued until the hearing, under Acts 1901, Chap. 666.

ACTION by the Alleghany Company against the East Coast Lumber Company and others, heard by Judge *George H. Brown,* at Chambers, at Washington, N. C., January 28, 1902. From an order continuing a preliminary injunction restraining the cutting of timber, the defendants appealed.

*Rodman & Rodman, Small & McLean,* for the plaintiff.
*E. F. Aydlett* and *F. H. Busbee,* for the defendant.

CLARK, J.    It is admitted that the defendants are cutting
timber around the southern side of Endless Bay, and if the
head of the northeast prong of Long Shoal River is located as
contended by plaintiff, then (for the purposes of this motion
only), it is further admitted that said cutting is being done
upon the lands described in the complaint and covered by the
John Hall Grant.

There is a *bona fide* and serious contention as to the true
location of the head of the northeast prong of Long Shoal
River, upon the determination of which rests the location of
the John Hall Grant, under which plaintiff claims and de-
fendants do not, and which grant, if located by plaintiff's
contention, covers the *locus in quo.*    This contention, which
is supported by affidavits of each party in favor of its own
view, can not be decided upon this motion, but must be sub-
mitted to a jury.

His Honor having correctly found as a fact that "there is a
*bona fide* contention, on both sides, based upon evidence," and
that the plaintiff has made out a *prima facie* case, could not,
under Chapter 666, Acts 1901, do otherwise than continue
the restraining order to the hearing.

No Error.